**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00126-REB-KMT

REBECCA SHINE, a Colorado resident,

     Plaintiff,

v.

WAL-MART STORES, INC.,

     Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter is before me on the **Stipulation of Dismissal of Case With Prejudice** [#23][1] filed January 10, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with each party to pay their own attorney fees and costs.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation of Dismissal of Case With Prejudice** [#23] filed January 10, 2013, is **APPROVED**;

     2.  That the Final Pretrial Conference and Trial Preparation Conference set for March 29, 2013, are **VACATED**;

     3.  That the jury trial set to commence April 15, 2013, is **VACATED**; and

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 11, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge